**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**RICHARD T. GRIFFIN** **PETITIONER**

**v.** **No. 3:25CV256-DMB-RP**

**STATE OF MISSISSIPPI** **RESPONDENT**

**ORDER DENYING PLAINTIFF'S MOTION [24]**
**FOR WRIT OF MANDAMUS**

This matter comes before the court on the motion [24] by the plaintiff for the court to expedite a ruling in this case so that he may be placed in less restrictive custody. The court will issue its ruling in due course; as such, the instant motion is **DENIED** without prejudice.

**SO ORDERED**, this, the 6th day of November, 2026.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE